# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA DE JESUS GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No. 1:15-CV-3181-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

**BEFORE THE COURT** is the parties' stipulation of dismissal. ECF No. 18. Attorney Thomas Bothwell represents Plaintiff; Special Assistant United States Attorney Leisa A. Wolf represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 6.

On June 1, 2016, the parties, through their respective counsel, stipulated that the above entitled matter be dismissed with prejudice. ECF No. 18. Pursuant to the stipulation of the parties and Fed. R. Civ. P. 41(a)(1)(ii), and good cause appearing therefor, **IT IS ORDERED**:

1. The parties' stipulated motion for dismissal, **ECF No. 18**, is **GRANTED**.

///

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL - 1

2. The action is **DISMISSED with prejudice** and with no costs, expenses or fees to either side.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED June 3, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL - 2